FILED: August 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4108
(1:11-cr-00031-NCT-5)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ARTURO CASTELLANOS

      Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. Judge Motz, Judge Gregory, Judge Davis, Judge Wynn, and Judge Floyd voted in favor of rehearing en banc. Chief Judge Traxler, Judge Wilkinson, Judge Niemeyer, Judge King, Judge Shedd, Judge Duncan, Judge Agee, Judge Keenan, Judge Diaz and Judge Thacker voted against the petition. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk