FILED: August 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4108
(1:11-cr-00031-NCT-5)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ARTURO CASTELLANOS

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 5/29/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*